FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 20 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JIAN YING LIN, HUI QIU CHEN, and XIN HE,
*on behalf of themselves and others similarly situated,*
         Plaintiffs,

-against-

SHANGHAI ORIGINAL, INC. d/b/a Joe's Shanghai,
EAST BROTHER CORP. d/b/a Joe's Shanghai,
SHANGHAI CITY CORP d/b/a Joe's Shanghai,
SHANGHAI DUPLICATE CORP d/b/a Joe's
Shanghai, KIU SANG SI a/k/a Joseph Si, YIU FAI
FONG, TUN YEE LAM a/k/a Peter Lam, GUI BING
SHI, SOLOMON C LIOU, MIMI SI, WILLIAM KO,
LILLIAN LIOU, CHENG KUENG LIU, YUN CAI,
and JOHN ZHANG
         Defendants.
-----------------------------------------------------------------x

Case No. 18-cv-00886

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Jian Ying Lin, Hui Qin Chen and Xin He and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Shanghai Original, Inc., East Brother Corp., Shanghai City Corp., Shanghai Duplicate Corp., Kiu Sang Si, Yiu Fai Fong, Tun Yee Lam, Gui Bing Shi, Solomon C Liou, Mimi Si, William Ko, Lilian Liou, Cheng Keung Liu, Yui Cai, and John Zhang.

Dated: Flushing, NY
February 14, 2018

            Troy Law, PLLC

            /s/ John Troy
            John Troy
            41-25 Kissena Boulevard, Suite 119
            Flushing, NY 11355
            Tel (718) 762-1324
            johntroy@troypllc.com
            *Attorneys for Plaintiffs*

**So Ordered:** /s/ USDJ KIYO A. MATSUMOTO
Kiyo A. Matsumoto
U.S. District Judge
Feb. 20, 2018